AO 245D (Rev. 11/16) Sheet 1 - Judgment in a Criminal Case for Revocations

# United States District Court
### District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation** of Probation or Supervised Release) |
| v. | Case Number: **0:15-CR-00259-DWF-HB(3)** <br> USM Number: **18831-041** |
| **SHANE JAMAL JACKSON** | **Daniel C Guerrero** <br> Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) of the term of supervision.

☐ was found in violation of condition(s)   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant possessed a firearm/ammunition | 7/15/2019 |
| 2 | Defendant violated state law | 7/15/2019 |
| 3 | Defendant tested positive for marijuana | 7/5/2019 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s)    and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. 9246

Defendant's Year of Birth: 1992

City and State of Defendant's Residence:
Minneapolis, Minnesota

**September 23, 2019**
Date of Imposition of Judgment

s/Donovan W. Frank
Signature of Judge

**DONOVAN W. FRANK**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

September 30, 2019
Date

1

AO 245D (Rev. 11/16)  Sheet 2 - Imprisonment

DEFENDANT: SHANE JAMAL JACKSON
CASE NUMBER: 0:15-CR-00259-DWF-HB(3)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 12 months, with no supervision to follow.  Sentence is to be served concurrent to the state court sentence to be imposed on Case No. 27-CR-19-16725.  It is the Court's intention that this sentence be served concurrently in the custody of Minnesota Department of Corrections.  Court reserves the right to vacate this sentence should the state court sentence be less than 60 months.  The Court is available to enter an order if necessary, to transfer custody to Hennepin County for sentencing.

.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.
☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before on
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By
DEPUTY UNITED STATES MARSHAL